THE BOARD OF COMMISSIONERS OF MORGAN COUNTY *v.*
GENTRY and Others.

Nov. Term,
1859.

PETRO
v.
CASSIDAY.

APPEAL from the *Morgan* Court of Common Pleas.
*Per Curiam.*—There being no errors assigned upon the
record in this case, it is, therefore, dismissed.